

**ORDERED in the Southern District of Florida on June 12, 2019.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

In re:

PEDRO PEREZ                                                    CASE NO.: 18-25753-RBR
                                                               Chapter 7

              Debtor              /

### ORDER GRANTING TRUSTEE'S EX-PARTE
### MOTION TO RETURN FUNDS

THIS CAUSE having come before the Court upon the Trustee's Ex-Parte Motion to Return Funds to Debtor [ECF #22], and otherwise good cause having been shown, it is here

ORDERED AND ADJUDGED as follows:

1. The Trustee's Ex-Parte Motion to Return Funds is GRANTED.

2. The Trustee may immediately return $83.88 to the Debtor for their exempted portion of the 2018 tax refund, which is not property of the estate.

###

Submitted by: Sonya S. Slott, Trustee
PO Box 15580
Plantation, FL 33318
954-423-4469
sonya@msbankrupt.com

The Trustee will serve a signed copy of the order on all interested parties and file a certificate of service with the Court.