

**ORDERED in the Southern District of Florida on September 5, 2019.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case No.  18-25753-RBR |
| PEDRO PEREZ | Chapter 7 |
| | |
| Debtor(s)                     / | |

**ORDER AWARDING FINAL TRUSTEE'S FEES**
**AND EXPENSES**

THIS MATTER came before the court upon the final application for compensation and expenses [ECF #25] filed by trustee, Sonya S. Slott. The court having examined the fee application(s) presented and having considered all relevant material thereto, finds that the following allowances are reasonable under the applicable provisions of the Bankruptcy Code. Therefore it is **ORDERED** as follows:

1. Sonya S. Slott, trustee is allowed total final fees of $616.78 and total final expenses in the amount of $97.50, which includes the fees and expenses sought in the pending application and all previously awarded interim fees and expenses, if any.
2. The trustee is authorized to make the balance of payments set forth in this order or to pay the awards pro rata if there are insufficient funds.

In allowing the foregoing fees, the court has considered the criteria specified in 11 U.S.C. §§326 and 330, and the requirements of Bankruptcy Rule 2016.

###

Copy furnished to:
Sonya S. Slott, Chapter 7 trustee

The trustee shall serve a copy of this order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).